UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 03248

JOE'S JEANS SUBSIDIARY, INC.

Plaintiff,

-v-

Case No._____

**Rule 7.1 Statement**

MAGGY LONDON
INTERNATIONAL, LTD.

Defendant.

RECEIVED
APR 01 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JOE'S JEANS SUBSIDIARY, INC.                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

JOE'S JEANS, INC.

**Date:**    April 1, 2008

Signature of Attorney

JOHN C. TRE

**Attorney Bar Code:**  JR-7239