AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOE'S JEANS SUBSIDIARY, INC.

Plaintiff,

-v-

MAGGY LONDON INTERNATIONAL, LTD.

Defendant,

**APPEARANCE**

Case Number: 08 Civ. 3248 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
MAGGY LONDON INTERNATIONAL, LTD

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/24/2008 | *[signature]* |
| Date | Signature |
| | Thomas M. Furth — TF0785 |
| | Print Name — Bar Number |
| | Kudman Trachten Aloe LLP, 350 Fifth Avenue, Suite 4400 |
| | Address |
| | New York — NY — 10118 |
| | City — State — Zip Code |
| | (212) 868-1010 — (212) 868-0013 |
| | Phone Number — Fax Number |