UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE'S JEANS SUBSIDIARY, INC.

              Plaintiff,

     -against-

MAGGY LONDON INTERNATIONAL, LTD.

              Defendant.

No. 08-cv-03248 (RWS)(MHD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John C. Re, a member in good standing of the bar of this Court, hereby moves for an order allowing the admission pro hac vice of:

    Abbe F. Fletman, Esquire
    FLASTER/GREENBERG P.C.
    1628 John F. Kennedy Boulevard
    Philadelphia, PA 19103
    (215) 279-9388 (Phone)
    (267) 299-6865 (Fax)

Abbe F. Fletman is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against her in any state or federal court.

Dated:   New York, New York
           April 24, 2008

                                       Respectfully submitted,

                                       John C. Re
                                       Attorney Bar No: JR-7239
                                       ARONAUER, RE & YUDELL, LLP
                                       444 Madison Avenue, 17th Floor
                                       New York, NY 10022
                                       (215) 755-6000 (Phone)
                                       (215) 755-6006 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOE'S JEANS SUBSIDIARY, INC.

                Plaintiff,                 No. 08-cv-03248 (RWS)(MHD)

      -against-                        **AFFIDAVIT OF JOHN C. RE**
                                              **IN SUPPORT OF MOTION TO ADMIT**
MAGGY LONDON INTERNATIONAL, LTD.    **COUNSEL PRO HAC VICE**

                Defendant.
_____

State of New York       )
                             ) ss:
County of New York   )

**JOHN C. RE**, being duly sworn, hereby deposes and says as follows:

1.    I am a member of the law firm of Aronauer, Re & Yudell, LLP, counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Abbe F. Fletman as counsel *pro hac vice* to represent plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on February 3, 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, having been admitted to practice on April 26, 1988, and am in good standing with this Court.

3.    Ms. Fletman is a shareholder at Flaster/Greenberg P.C. in Philadelphia, Pennsylvania, and the head of the Litigation Section of the firm's Intellectual Property Practice Group. Ms. Fletman graduated from the University of Pennsylvania Law School in 1988 and has been practicing law for more than 19 years. She was admitted to the bar of the Commonwealth of Pennsylvania on November 10, 1988, and as set forth in the Certificate of Good Standing annexed as Exhibit A, she is a member of the bar in good standing.

4.    I have found Ms. Fletman to be a highly skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5.    Accordingly, I am pleased to move for the admission of Abbe F. Fletman, *pro hac vice*.

6.  I have been advised by Defendant's counsel that they do not object to the relief herein requested.

7.  I respectfully submit a proposed order granting the admission of Abbe F. Fletman, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Abbe F. Fletman, *pro hac vice*, to represent plaintiff in the above captioned matter, be granted.

Dated:  New York, New York
        April 24, 2008

Respectfully submitted,

_____
John C. Re
Attorney Bar No: JR-7239

Sworn to before me this
24th day of April 2008

_____
Notary Public

TRACY ANDERSEN
Notary Public, State Of New York
No. 01AN6056659
Qualified In Richmond County
Commission Expires March 26, 20 11



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### *Abbe F. Fletman, Esq.*

#### DATE OF ADMISSION

*November 10, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 14, 2008

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE'S JEANS SUBSIDIARY, INC.

                Plaintiff,

    -against-

MAGGY LONDON INTERNATIONAL, LTD.

                Defendant.

No. 08-cv-03248 (RWS)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

    Upon the motion of John C. Re, Esquire, attorney for plaintiff Joe's Jeans Subsidiary, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Abbe F. Fletman, Esquire
        FLASTER/GREENBERG P.C.
        1628 John F. Kennedy Boulevard
        Philadelphia, PA 19103
        (215) 279-9388 (Phone)
        (267) 299-6865 (Fax)

is admitted to practice *pro hac vice* as counsel for plaintiff Joe's Jeans Subsidiary, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

 

                                                    _____
                                                    United States District Judge

Dated: