UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE'S JEANS SUBSIDIARY, INC.

            Plaintiff,

-against-

MAGGY LONDON INTERNATIONAL, LTD.

            Defendant.

No. 08-cv-03248 (RWS)(MHD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John C. Re, a member in good standing of the bar of this Court, hereby moves for an order allowing the admission pro hac vice of:

    Jordan A. LaVine, Esquire
    FLASTER/GREENBERG P.C.
    1628 John F. Kennedy Boulevard
    Philadelphia, PA 19103
    (215) 279-9389 (Phone)
    (215) 279-9394 (Fax)

Jordan A. LaVine is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against him in any state or federal court.

Dated:    New York, New York
            April 24, 2008

                        Respectfully submitted,

                        John C. Re
                        Attorney Bar No: JR-7239
                        ARONAUER, RE & YUDELL, LLP
                        444 Madison Avenue, 17th Floor
                        New York, NY 10022
                        (215) 755-6000 (Phone)
                        (215) 755-6006 (Fax)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JOE'S JEANS SUBSIDIARY, INC.

      Plaintiff,

-against-

MAGGY LONDON INTERNATIONAL, LTD.

      Defendant.

No. 08-cv-03248 (RWS)(MHD)

**AFFIDAVIT OF JOHN C. RE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
         ) ss:
County of New York )

**JOHN C. RE**, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Aronauer, Re & Yudell, LLP, counsel for plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Jordan A. LaVine as counsel *pro hac vice* to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on February 3, 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, having been admitted to practice on April 26, 1988, and am in good standing with this Court.

3. Mr. LaVine is a shareholder at Flaster/Greenberg P.C. in Philadelphia, Pennsylvania, and the chair of the firm's Intellectual Property Practice Group. Mr. LaVine graduated from Villanova University School of Law in 1996 and has been practicing law for more than 11 years. He was admitted to the bar of the Commonwealth of Pennsylvania on December 5, 1996, and as set forth in the accompanying Certificate of Good Standing annexed as Exhibit A, he is a member of the bar in good standing.

4. Mr. LaVine is familiar with plaintiff's business, as he has served as counsel to plaintiff Joe's Jeans Subsidiary, Inc., for many years.

5. I have found Mr. LaVine to be a highly skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Jordan A. LaVine, *pro hac vice*.

7. I have been advised by Defendant's counsel that they do not object to the relief herein requested.

8. I respectfully submit a proposed order granting the admission of Jordan A. LaVine, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jordan A. LaVine, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated:  New York, New York
        April 24, 2008

Respectfully submitted,

_____
John C. Re
Attorney Bar No: JR-7239

Sworn to before me this
24th day of April 2008

_____
Notary Public

**TRACY ANDERSEN**
Notary Public, State Of New York
No. 01AN6056659
Qualified In Richmond County
Commission Expires March 26, 20 11



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jordan Andrew LaVine, Esq.*

DATE OF ADMISSION

*December 5, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 14, 2008

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE'S JEANS SUBSIDIARY, INC.

                Plaintiff,

-against-

MAGGY LONDON INTERNATIONAL, LTD.

                Defendant.

No. 08-cv-03248 (RWS)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of John C. Re, Esquire, attorney for plaintiff Joe's Jeans Subsidiary, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Jordan A. LaVine, Esquire
> FLASTER/GREENBERG P.C.
> 1628 John F. Kennedy Boulevard
> Philadelphia, PA 19103
> (215) 279-9389 (Phone)
> (215) 279-9394 (Fax)

is admitted to practice *pro hac vice* as counsel for plaintiff Joe's Jeans Subsidiary, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

                                                    _____
                                                    United States District Judge

Dated: