Thomas M. Furth (TF 0785)
Matthew H. Cohen (MC 6513)
KUDMAN TRACHTEN ALOE LLP
A New York Limited Liability Partnership
Attorneys for Plaintiff
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOE'S JEANS SUBSIDIARY, INC.,

      Plaintiffs,

-against-

MAGGY LONDON INTERNATIONAL, LTD.,

      Defendant.
-------------------------------------------------------X

ECF Case

Case No.: 08 CV 03248 (RWS)

STIPULATION

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the above captioned parties that Joe's Jeans, Inc., a Delaware corporation, be added a as plaintiff in this action; that all claims asserted in the Complaint are deemed to have been made on behalf of both Joe's Jeans Subsidiary, Inc. and Joe's Jeans Inc.; and

**IT IS FURTHER STIPULATED THAT** the above caption be amended to read *Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc., Plaintiffs, against Maggy London International, Ltd., Defendant.*

Dated: April 24, 2008
    New York, New York

ARONAUER, RE & YUDELL, LLP
Attorneys for the Plaintiffs Joe's Jeans
Subsidiary, Inc. and Joe's Jeans, Inc.

By: _____
    John C. Re (JR 7239)
    444 Madison Avenue, 17th Floor
    New York, New York 10022
    (212) 755-6000

KUDMAN TRACHTEN ALOE, LLP
Attorneys for the Defendant Maggy
London International, Inc.

By: _____
    Thomas M. Furth (TF 0785)
    Matthew H. Cohen (MC 6513)
    350 Fifth Avenue, Suite 4400
    New York, NY 10118
    (212) 868-1010

IT IS SO ORDERED:

_____    4.28-08
U.S.D.J.                  Date