UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc.

-v-

**Defendant** Maggy London International, Ltd.

Case No. 08 CV 3248(RWS)

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Maggy London International, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

THERE ARE NONE.

Date: 4/30/08

Signature of Attorney

Attorney Bar Code: TF 0785

Form Rule7_1.pdf