Thomas M. Furth (TF0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Attorneys for Defendant and Counterclaim-Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOE'S JEANS SUBSIDIARY, INC. and           ECF Case
JOE'S JEANS, INC.,
                                            Case No.: 08 CV 03248 (RWS)
         Plaintiffs and Counterclaim-Defendants,

         -against-

MAGGY LONDON INTERNATIONAL, LTD.,
                                            **NOTICE OF MOTION FOR**
         Defendant and Counterclaim-Plaintiff.   **PRELIMINARY INJUNCTION**

-----------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed declaration of Camille Passaro dated

May 5, 2008, and upon the exhibits attached thereto, the accompanying Memorandum of Law in

support of this motion, and the pleadings herein, defendant Maggy London International, Ltd.

("Maggy London") will move this Court before the Honorable Robert W. Sweet, United States

District Judge, at Courtroom 18C, 500 Pearl Street, New York, New York 10007, at 10:00 a.m.

on the 2nd day of June, 2008, or as soon thereafter as counsel may be heard, for an order pursuant

to Rule 65(a) of the Federal Rules of Civil Procedure granting a preliminary injunction against

the plaintiffs Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc. (together, "Joe's") (i) to

immediately cease and desist from producing any products with the name MUSE; (ii) from

infringing, misappropriating or otherwise using the MUSE trademark in association with

women's apparel, (iii) to file with this Court and serve on Maggy London within 10 days after service of this preliminary injunction, a report in writing, under oath, setting forth in detail the manner and form in which Plaintiffs have complied with the injunction; (iv) deliver up for impoundment or destruction all materials now in its possession which bear or display the MUSE mark or colorable imitations thereof, together with any and all plates, negatives or other reproduction items capable of printing, reproducing or duplicating the MUSE mark or colorable imitations thereof; and from infringing any of Maggy London's Trademarks, particularly the registered mark MUSE; and (v) for such other and further relief as this Court deems just proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) and FRCP 6(e), opposition papers to this motion are due no later than ten (10) business days after the filing of this motion on the ECF system, with reply papers due five (5) business days after receipt of the opposition papers.

**PLEASE TAKE FURTHER NOTICE** that a proposed order for preliminary injunctive relief is annexed to this motion.

Dated: May 5, 2008
New York, New York

**KUDMAN TRACHTEN ALOE LLP**
Attorneys for Defendant

By:    /s/ Thomas M. Furth
Thomas M. Furth (TF 0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010

Thomas M. Furth (TF0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Attorneys for Defendant and Counterclaim-Plaintiff


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE'S JEANS SUBSIDIARY, INC. and                      ECF Case
JOE'S JEANS, INC.,
                                                      Case No.: 08 CV 03248 (RWS)
     Plaintiffs and Counterclaim-Defendants,

     v.

MAGGY LONDON INTERNATIONAL, LTD.,
                                                      **DECLARATION OF**
     Defendant and Counterclaim-Plaintiff.          **<u>CAMILLE PASSARO</u>**

------------------------------------------------------------X



     **I, CAMILLE PASSARO**, hereby declare under penalties of perjury:



     1.    I am the President of the Muse Division of Maggy London International, Inc. ("Maggy London"), Defendant-Counterclaimant in this action. I am fully familiar with the facts set forth in this Declaration.

2.     I make this Declaration in support of Maggy London's motion for preliminary injunctive relief against the Counterclaim-Defendants Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc. (collectively "Joe's").

3.     Maggy London is an international women's apparel manufacturer that distributes its merchandise for retail sale throughout the United States and in the United Kingdom and Canada.  Maggy London produces an array of items of women's apparel including dresses, skirts, shirts, blouses, pants, tops, coats, jackets, sweaters and scarves.

4.     Maggy London markets its merchandise using several of its trademarks, as well as through private labels.

5.     As a major manufacturer of women's apparel, Maggy London constantly seeks to enhance its offerings by expanding into different types and even new lines of clothing.  For example, Maggy London started 30 years ago making only dresses, and now Maggy London produces all of the different types of clothing and accessories listed in paragraph three above.  In other words, Maggy London is not just a boutique manufacturer of dresses or blouses, but rather, prides itself on producing the finest products in all classes of women's apparel, striving to keep up with the constant shift in fashion trends into new and exciting types of merchandise.

6.     On or about August 12, 1999, Maggy London applied to the United States Patent and Trademark Office ("USPTO") for registration of the trademark MUSE based on Intent to Use.

7.     At least as early as December 31, 1999, Maggy London began using the mark MUSE in commerce in connection with women's apparel.  Since then, Maggy London has continuously distributed women's apparel in interstate commerce under the name MUSE.  A copy of our product hangtag, showing the MUSE trademark, is attached as Exhibit A.

8.      Maggy London's MUSE label is a very important brand for the company.  The MUSE line is a separate division within the company.

9.      Since 1999, Maggy London has sold goods with the mark MUSE generating annual sales revenues of approximately $6.6 million.  Total sales of MUSE women's apparel have been in excess of $52.9 million.

10.      Since 1999, Maggy London has spent approximately $473,000 advertising and marketing its MUSE line of clothing.  Over that period, our MUSE sales grew from $ 5.9 million to almost $8.4 million in 2007.

11.      The MUSE line is featured extensively in publications, including catalogs distributed by major retailers.  In addition, Muse is also featured on Home Shopping Network.  Attached hereto as Exhibit B is a compilation of some of the print advertising for the MUSE line.  As can be seen, a significant number of the MUSE offerings consist of women's pants.  Although denim is not currently in our line, it has been in the past.

12.      MUSE apparel has also been the subject of editorial coverage in the fashion press, including Women's Wear Daily.  Examples of such coverage are attached hereto as Exhibit C.

13.      On July 2, 2002, the USPTO granted Maggy London Trademark Registration No. 2,589,023 for the mark MUSE.

14.      Maggy London filed Declarations under Sections 8 & 15 of the Trademark Act with the USPTO on January 2, 2008 in connection with its trademark registration for MUSE.  I am advised by our counsel that the registration has become incontestable pursuant to Section 15 of the Trademark Act.

15.    In late 2003, it came to our attention that Rocawear, a hip-hop clothing brand, had launched a new collection called MUSE.  Our counsel immediately wrote to Rocawear, demanding that it cease and desist from using our registered trademark.  Rocawear honored our trademark rights and agreed to comply with our demand.

16.    In December 2007, Maggy London learned that Joe's was selling women's denim pants using the MUSE trademark.  Our desire to protect our intellectual property rights led to an immediate decision to stop Joe's from continuing to trade on our MUSE trademark.

17.    Maggy London's counsel promptly notified Joe's that Maggy London objected to its infringement of the Mark by letter dated December 19, 2007.  A copy of the letter is attached as Exhibit D.  On January 3, 2008, Joe's counsel provided a substantive response, claiming that Joe's did not infringe Maggy London's rights in the MUSE trademark.  A copy of Joe's counsel's response is attached as Exhibit E. On January 29, 2008, our counsel responded by pointing out the errors in Joe's response and re-iterating our objection to the continued use of our trademark.  A copy of our counsel's letter is attached as Exhibit F.

18.    Although Joe's did not provide a written response to the January 29 letter, I am advised that our counsel engaged with Joe's counsel in several telephone conversations over the next few weeks.  After it became clear that Joe's was unwilling to make a good faith effort to resolve this serious matter, we decided to initiate litigation against Joe's seeking monetary damages and injunctive relief.

19.    Shortly before Maggy London was prepared to file suit, Joe's commenced the instant cause of action seeking declaratory relief.

20.    Maggy London has answered the complaint, and interposed counterclaims for monetary damages and equitable relief.

21.    We believe that there is an extremely high likelihood of confusion in the marketplace because of Joe's use of our trademark.  Our products are sold in the same nationwide channels of trade as Joe's Jeans products.  These include large, well-known department stores as well as small local boutiques.  Many such stores also have websites to sell products on the Internet.

22.    Maggy London sells its merchandise through numerous retailers including Macy's and Nordstrom.  On the Nordstrom.com website, a recent search for "Muse" in women's apparel returned 13 items, of which 10 were Maggy London MUSE products and 3 were Joe's Jeans "MUSE" products.  Attached as Exhibit G is a printout of the search results on the Nordstrom site.

23.    An ordinary consumer viewing these items on the Nordstrom website, would be confused into believing that all 13 items emanate from the same source.  The same sort of confusion must surely result when our MUSE products and Joe's MUSE products are found in department stores.

24.    Perhaps more significantly, a customer who is familiar with our high quality MUSE products who encounters the infringing products may well be confused into believing that the MUSE jeans are ours.  This use of our trademark on articles of women's clothing that we don't produce, and over which we have no control, damages our good will and causes us immediate and irreparable harm.

25.    Attached hereto as Exhibit H are photos of the labels found on a typical Joe's "MUSE" product, showing the unauthorized use of our trademark.  As can be seen, the tag that is affixed to the jeans prominently shows "THE MUSE" followed by some descriptive information

in much smaller print.  It is apparent that consumers are drawn to the item by this use of our

trademark.

26.    Attached hereto as Exhibit I are printouts taken from the Joe's Jeans website that

show prominent unauthorized use of the MUSE trademark to promote sales of women's apparel.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 5, 2008


_Camille Passaro_
CAMILLE PASSARO

Thomas M. Furth (TF0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Attorneys for Defendant and Counterclaim-Plaintiff


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| JOE'S JEANS SUBSIDIARY, INC. and<br>JOE'S JEANS, INC., | ECF Case |
| | Case No.: 08 CV 03248 (RWS) |
| Plaintiffs and Counterclaim-Defendants, | |
| -against- | |
| MAGGY LONDON INTERNATIONAL, LTD., | **[PROPOSED]**<br>**ORDER FOR PRELIMINARY**<br>**INJUNCTION** |
| Defendant and Counterclaim-Plaintiff. | |

-----------------------------------------------------------X

**THIS MATTER** having been brought before the Court by defendant-counterclaim-plaintiff Maggy London International, Ltd. ("Maggy London"), by and through its attorneys Kudman Trachten Aloe, LLP, upon a motion by Maggy London for the issuance of a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure against the plaintiff-counterclaim-defendants Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc. (together, "Joe's");

And the court having considered the papers submitted in support of and in opposition to the motion, and having heard arguments of counsel, and for the reasons set forth on the record, and for good cause shown,

**IT IS** on this _____ day of _____, 2008,

**ORDERED** that Maggy London's motion be and hereby is granted; and it is further

**ORDERED** that Joe's, their employees, servants, agents, and all those in active concert or participation with them, are ordered to:

(i)     immediately cease and desist from:

a.  producing, marketing, selling, or distributing any products with the name MUSE; and

b.  infringing, misappropriating or otherwise using the MUSE trademark in association with women's apparel;

(ii)    file with this Court and serve through the ECF system within 10 days after service of this preliminary injunction, a report in writing, under oath, setting forth in detail the manner and form in which Joe's have complied with the injunction; and

(iii)   deliver up for impoundment or destruction all materials now in its possession which bear or display the MUSE mark or colorable imitations thereof, together with any and all plates, negatives or other reproduction items capable of printing, reproducing or duplicating the MUSE mark or colorable imitations thereof; and from infringing any of Maggy London's Trademarks, particularly the registered mark MUSE.


_____

Hon. Robert W. Sweet, U.S.D.J.

Exhibit A



Exhibit B

# and blooms – oh my!



muse by maggy london

.amb. order form

spring 2002 spirit®.com

cover story, page

city**spirit**.com



**E. Beaded Shantung Pants** Started from seed. **muse** designs the delicately beaded flowers trailing up this silk pant from hundreds of tiny seed beads in a mix of reflective colors, for us exclusively. No-waist style with straight leg and back zip. Acetate lining. Misses 29½" inseam, petite 28½". Imported. Dry clean. Black/ multi. Misses & Petite 2-16.
**1TP-1203  $139**

cityspirit.com

**E. Wrap Blouse** Caressable charmeuse envelopes you in a silky sensation. **muse** softly shaped this rapturous blouse with a single button closure at the neck. Imported. Silk charmeuse. Dry clean. Lime, white, fuchsia, black or turquoise.
Misses & Petite 2-14.
**1NU-0542  $79**

**F. Graphic Floral Beaded Pants** Turn out the lights and let it shine. **muse** designed the printed pant with chainstitch embroidery and touches of beading to shine brightly on a midnight black ground of silk shantung. Slim leg and back zip. Lined. Misses 30" inseam, petite 28". Imported. Dry clean. Black/lime multi. Misses & Petite 2-16. **1TP-1234  $139**





fall 2001

# Cityspirit.com

Select styles in Petite

also
petite  B

cityspirit.com

**B. muse Shantung Halter & Crop Pants** Exotic desti-
nations seem so far yet so near. The rich styling of
chainstitch embroidery, velvet trim and a dangling
bead hem are all yours for the asking in this allur-
ing two-piece exclusive. Cutaway halter has full
lining. No-waist style pants have side slits and
back zip. Misses 21" inseam, petite 20".
Imported. Silk shantung. Dry clean. Ruby/multi
halter; ruby pants. Misses & Petite 2-16.
**Halter  1NR-0116  $119**
**Pants  1TP-1137  $79**









C
D
*also
petite*

*black
sweater
also*

**D. Embroidered Shantung Pants**
A beautiful ground cover takes over
in this floral-dipped pant from **muse**.
Caviar beaded silk shantung with
lining. Misses 29½" inseam, petite
27½". Imported. Dry clean. Black/
white. Misses & Petite 2-16.
**1TP-0960   $139 NOW $99**



also D
petite E

**E. Embroidered Shantung Pants** A beautiful ground cover takes over in this floral-dipped pant from **muse**. Caviar beaded silk shantung with lining. Misses 29½" inseam, petite 27½". Imported. Dry clean. Black/white. Misses & Petite 2-16. **1TP-0960  $139**

# Knight's Ltd.
Shoe Studio



**e. Colorful Beaded Fringe** and sequin trim make this tee a must-have for summer. Softly shaped with stretch, from Geometrix. Imported. Cotton/Lycra®. Dry clean. Pink. S(4-6), M(8-10), L(10-12), XL(14). **1KP-0362** Beaded Scoop Neck Tee. $98

**f. Freshly Cropped** for Summer. Fabulous florals are happening in these cropped pants accented with sequins and beads. In cool cotton with a touch of spandex for a comfortable fit. Back zip and side slits. Full lining. 22" inseam. Imported. Dry clean. White/multi. 4-14. **1TP-1662** Sequined Floral Pants. $118







summer 2005

eyelet blouse...floral pant
Muse for Maggy London separates outfit themed with a
fun berry-tossed floral print. Cotton eyelet blouse,
trimmed with piping made from the fabric of the floral
cotton/spandex sateen ankle pant. Blouse: 3/4-sleeves;
fully lined. Pant side-zip, bandless waist; fully lined; 28"
inseam. Both imported. Dry clean. Both styles semi-fit-
ted. Misses 4-16.
blouse in white.  T1222  $158
pant in pink/green.  T0928  $118

Exhibit B

| | catalog # or keyword | | store locator |

**Search Results for muse**

Page 1

   

Muse Three-Quarter Sleeve Ponte Dress
$150.00

Muse Three-Quarter Sleeve Shift Dress
$150.00

Muse Short-Sleeve Ponte Dress
$150.00

Muse Long Sleeve Tab-Neck Ponte Dress
$150.00

Page 1

ABOUT US       NEWS & EVENTS       EMAIL LIST       GIFT CARDS       CREDIT SER'

# NORDSTROM

Welcome to Nordstrom. We

your account | shopping bag: 0 items | customer service

**women**   men   juniors   baby   shoes   handbags &   beauty &   at home   sale
                          & kids           accessories   fragrance   & gifts

search: [_____] [In All Categories ▼] [GO]   **advanced search | brands**

FREE shipping! Our gift to you with online orders of $100 or more. SHIPPING DETAILS & DEADLINE

women  >  dress shop  >  shop by event  >  cocktail



ZOOM IN

VIEW LARGER

**available colors: 1**

 Sapphire

## Muse Jewel Neck Sleeveless Dress

Brilliant blue dress is accented with glittering black
jewels along the neckline while large inverted pleats in
the skirt create volume that accentuates the feminine
silhouette.

- Back zip with hook-and-eye closure.
- Front and back darts for shape.
- Approx. length from shoulder to hem: 37".
- Lined bodice, unlined skirt.
- Polyester; spot clean.
- By Muse; imported.
- Special Occasion.

|  | item # | | price: |
|---|---|---|---|
|  | 205958 | | $176.00 |

**Fit:** Form-fitting at bust; easy-fitting at hip.
Use bust and waist measurements to determine size.

**Size:**
Muse Size Chart        [Select Size ▼]

**Color:**                [Select Color ▼]

ADD TO        SEND TO        [ ADD TO SHOPPING BAG ]
WISH LIST     A FRIEND

**Shipping:** Usually arrives in 5-8 business days.

**Need Help? Live Chat**

**Have feedback on this item? Let us know**



# New **Bohême**
a nouveau twist on artisan style



G
H
I
*also*
*petite*

**G. Contrast Neck Sweater**
The contrast neck frames the face
like a portrait, edging it in off-white
juxtaposed against a body of pure black.
Reserve now for early May delivery.*
Imported. Stretch rayon/nylon. Washable.
Black/off-white. S(4-6), M(8-10),
L(12-14), XL(16). 12480-00  **$69**

**H. Contrast Embroidered Shantung Pants**
A splendid original from muse -- the
straight leg pant in off-white finds dark
black flowers afoot, winding up one leg.
No-waist styling with back zip. Fully
lined. Misses 29½" inseam, petite 27½".
Imported. Silk shantung. Dry clean.
Off-white/black. Misses & Petite 2-16.
**12570-01  $129**

As always, your credit card will not be
charged until your merchandise is shipped.



F
*G* *also petite*

*shoes,*
*page*



**D. Embroidered Shantung Pants** A beautiful
ground cover takes over in this floral-
dipped pant from **muse**. Caviar beaded
silk shantung with lining. Misses 29½"
inseam, petite 27½". Imported. Dry
clean. **Black/white. Misses & Petite** 2-16.
1TP-0960  **$139**





E F G
*also petite*

shoes, p.37

**C Beaded Paisley Charmeuse Pants** Bottoms head straight for the top in this dressy pant printed with playful paisleys and punctuated with beading. From muse. The elegant charmeuse hangs straight and slim. No-waist styled back zip. Polyester. Misses 32" long, petite 30". Dry clean. Plum/multi.

always, your credit card will not be charged until your merchandise is shipped.



City spirit® com

PETITES in select styles



B C I

*also petite*

F. Embroidered Skirt  A matter of detail. Delicate stitching sets this skirt from **muse** apart--a perfect pairing with the wrap halter. **Acetate** lining. Misses 21" long, petite 19". Imported. Silk. Dry clean. Claret/white. Misses & Petite 2-16.
**1TK-0644   $89**



26  ORDER 24 HOURS • 1.800.443.15



A *also*
petite

D *also*
E *petite*

E *also*
petite

shoes,
page 69

**A. Shantung Tank & Rose Pants**  In the pink. Creamy colored shan-
tung silk gets outlined in pink on the sleeveless shell while punc-
tuated with pink rose petals on the pants. Our City Spirit exclusive
from **muse**. Acetate lining. Misses 24" inseam, petite 22".
Imported. Dry clean. Cream. Misses & Petite 2-16.
**Tank  1NR-0108  $79**
**Pants  1TP-1065  $129**

Exhibit C

# Buyers Get on Board Early in Dallas

**By Rusty Williamson**

**DALLAS** — Buyers took a multiseason approach and shopped for summer immediates, fall fill-ins and holiday and resort styles during the women's market that ran June 3-7 at FashionCenterDallas, the new wholesale mart atop the World Trade Center here.

Releasing lines early has become a common practice among vendors and allows stores to book orders to avoid missing out on hot styles that might sell out quickly at wholesale.

Key trends included crocheted ponchos, embellished eveningwear, social-occasion separates, cashmere sweaters, denim jeans and jackets and a range of prints, from vintage to abstract.

Retailers' budgets were mostly even to higher by less than 10 percent. Stores said spring business was brisk, and they were upbeat about third- and fourth-quarter sales.

Cindy Morris, chief operating officer at the Dallas Market Center, parent of FashionCenterDallas, said attendance at the June show increased by more than 25 percent.

"On the heels of a very successful grand opening [in March], we had better traffic than in five years and attracted many new buyers," Morris said. "Clearly, the message is out to our customers that the product level and the excitement level are high at FashionCenterDallas."

Showrooms said traffic was typical for a June market, exemplified by a laid-back pace and buyers previewing or leaving paper for summer through resort styles.

Buyers focused on finding hot items and salable trends to entice shoppers and distance themselves from the competition.

Penny Dixon, owner of Pen-E-Ventures, a specialty store in Rocky River, Ohio, boosted her budget by at least 10 percent and shopped the mart for the first time in a year.

*On the runway in Dallas, looks from Muse (here) and Miller Girl.*



"I carry a wide range of sizes, from 2 to 24, and I shopped for fashion innerwear with control from Body Wrap, Cosabella and Spanx; colorful and embroidered sportswear and dresses from Muse; novelty jackets

## "We had better traffic than in five years and attracted many new buyers."
### — Cindy Morris, Dallas Market Center



from Aphrodite; classic sportswear in sophisticated fall colors such as sage and cranberry from Votre Nom, and lots of special-occasion and prom dresses," Dixon said. "I really liked Shani's black and red dresses with piping, Cattiva's ostrich feather wraps and Chrystine Forti's ruby red dresses. I think all the embellishment and embroidery for fall will be a big hit with shoppers."

Angela and Geoffrey Cantor, owners of the 18-unit Emma Somerset chain in England, shopped Dallas for the first time along with David Barker, who is buying the chain that was founded in 1969 by the Cantors in Manchester.

"We were shopping the market in New York and realized we had some extra time built into our schedule, so we decided to fly to Texas and check out FashionCenterDallas," Angela Cantor said. "We are shopping for eveningwear and mother-of-the-bride dresses, focusing on glamorous styles in vibrant colors such as fuchsia, green and turquoise."

Barker said, "Dina Bar-el party dresses look amazing. I like the colors and the sexy styling. We also loved Tadashi's black lace dresses, which really appeal to our 30- to 55-year-old, upscale customer base."

Riva Vanas, a buyer, and Tammy Eyring, owner of H. Alger, a contemporary store in Houston, said they were shopping with a flat budget.

"We cater to hip misses' customers from 30 to 60 years old and beyond, but nothing too edgy," Vanas said. "Our shoppers want contoured, but not tight, social-occasion dresses and sportswear. We liked Teri Jon's dresses and tweed and fur-trimmed sportswear; Randy Kemper's turquoise, red or black sportswear, and Poleci's beautiful and colorful mix of prints and plaids."

Calli Saitowitz, owner of BB1 Classic, which has two stores in Houston, shopped for fall and holiday items and praised the show's diverse offerings.

"Our goal was to find luxury at affordable prices, sassy colors, fresh and classic sportswear and dresses and the must-have items," Saitowitz said. "We shopped with an eye to find items such as a convertible skirt, dinner pants and cashmere sweaters with an edge.

"We couldn't resist Miller Girl, the new line from Nicole Miller. It's a casual-yet-edgy designer look for the fashion-forward gal," Saitowitz said. "The new Darjoni cashmere collection in eye-catching colors looked fabulous. We really liked B Zen, a group of innovative fashion items, such as tops that work with three new denim lines — Alvin Valley, Zoompie and Branded B Jeans."

PHOTOS BY GEORGE MAYO HENSON 2ND

W O M E N S   W E A R   D A I L Y

reported by philip ferro and lisa lieberman

# dress report

## dress barn signs deal; jordan adds dresses



Camille Passaro

**Camille Passaro**
*President*
**MUSE**

"Muse is a novelty-driven company, with dresses and two-piece silhouettes, that is performing extremely well. We have always driven our business with three generations in mind. It could be for my daughter, my mother or myself. It is about your attitude. Muse has a missy fit with a contemporary edge to its styling. It is for a woman who is body conscious, no matter what her age is.

Muse has always been about color, specifically this year. Color is significant in dresses. Turquoise, orange and pinks are all leading colors in spring of '05. In fact, all shades of pink continue to drive the business. We are also seeing greens coming on strong. Our last trip to Europe was really refreshing. It was all about color with beautiful shades of greens and pinks. Color has now become a trend in itself and it's here to stay.

I have seen the shift from the consumer. She is now finally wearing dresses.

We are leaders in embellishments. Kathleen Kelly and Diane Stoeffe, the designers of Muse, have always done an amazing job in making the collection a work of art with all its sequins, novelty trim and beads. The detail in trims and the novelty, textured fabric is what the American woman is reacting to." — *P.F.*

### Dress Barn Acquires Maurices

The Dress Barn, Inc. has signed a definitive agreement to acquire Maurices Inc., for $320 million, and will finance the transaction through a combination of cash on hand and new credit facilities.

In order to finalize the deal, Dress Barn is planning on refinancing a portion of the new credit facilities with funds raised through debt or equity-linked offerings in the capital markets. The transaction was unanimously approved by Dress Barn's board of directors and is expected to close this month.

"This is a significant milestone for Dress Barn as this acquisition will diversify our business and provide an important new vehicle to accelerate our growth," Dress Barn chairman Elliot S. Jafe said. "The addition of the Maurices concept will also allow us to broaden our demographic reach and diversify our retail base," he added. "We believe that the future for this partnership holds great promise and we look forward to welcoming the management and associates of Maurices to the Dress Barn family."

Once the acquisition is completed, Maurices will operate as a separate division of Dress Barn. Its management team will remain intact and will report directly to Jafe.

In a joint statement released by Maurices executive vice president and chief merchandising officer Lisa Rhodes and senior vice president and chief financial officer George Goldfarb, the pair said they were "looking forward to joining Dress Barn, an organization that has a proven ability to build and support a uniquely positioned specialty retail concept. We believe this affiliation will benefit both companies, especially as we continue to share knowledge and expertise, and anticipate a long and rewarding relationship."

Founded in 1931, Maurices is a retailer that sells fashionable apparel and accessories for 17 to 34 year old women and men "who seek stylish clothing for both casual and dressy occasions." It operates 464 stores in 38 states.

The company currently plans to open 20 new Maurices stores during the remainder of Dress Barn's fiscal year and approximately 30 to 40 locations on an annual basis over the next several years.

Based in Suffern, N.Y., The Dress Barn, is a specialty retailer that sells career and casual fashion apparel at value prices. As of October 30, 2004, the company operated 792 stores in 45 states. — *P.F.*

### JF Introduces Dresses



Bill Pesce

Jordan Fashions has come out with a new line of dresses which utilizes softer fabrics to give women a younger look.

"Women are more comfortable with their bodies than they were years ago. In the past most dresses were built up or sold with jackets. We're doing a lot of strapless gowns for after five and formal wear as well as special occasions. It's a much younger look that's a little barer and a little more form fitting," said Bill Pesce, designer for Jordan Fashions.

Younger looks have become more important to women who want to keep up with the fashions, yet who also want to dress tastefully.

"No matter what age a woman is, she still wants to look 30 or 40. So that baggy, body covered, body hiding look is no longer saleable," Pesce said.

The updated, younger look for the Missy customer started a couple of years ago and is picking up steam, Pesce said.

"We're doing a lot of detailing with the fabric itself and bodies that are mushroom pleated and draped to mold to the figure," he added. "Nice flowy, soft skirts or fit and flare skirts are also big."

Colors like chocolate, cranberry and neutral shades area also more important as opposed to the darker colors that used to more popular, said Pesce. — *L.L.*

FM

# MAURITIUS ADVANTAGE

Mauritius was discovered by the West in 1505 by navigator Pedro Mascarenhas. Now, 500 years later, the apparel industry is making the acquaintance of this tropical African island. **Rashid's International** operates out of Mauritius, one of the fastest developing economies in Africa. As an added bonus, Mauritian goods can also enter the U.S. duty and quota free. At August's MAGIC, the manufacturer and subcontractor will show its range of capabilities, which includes the latest techniques in denim washes, sandblasts and embroideries. Rashid's also makes bottoms, dresses and outerwear.

**Booth: SZ 22682, MAGIC (South Hall, First Level)**



# ROOM FOR DESSERT

It seems anathema to launch a line called **Dessert** in these carb-cutting times when just eating a potato is enough to cause a guilt complex. But, Jessica Simpson, founder of the beauty line, is no ordinary woman, and after a dinner of buffalo wings or Chicken-of-the-Sea, she'll always have something deliciously indulgent. "Sexy girls have dessert," is the brand's seductive slogan. Aimed at a consumer who's flirty, provocative and "yummy," Dessert consists of fragrance, hair and body wash, bubble bath, and lipgloss. Those not counting calories should also check out the Whipped Body Cream with Candy Sprinkles, Chocolicious Body Gloss, Sugar Scrub, and Sweet Body Butter. And feel free to help yourself to seconds.

**Booth: JA 14627, WWDMAGIC (North Hall)**



## MUSE

Age is not a factor for New York's **Muse**, says sales manager Sandra Saddia. "Our customer is the woman of 60 who is fashion forward, the 45-year-old business woman who wants a softer side to her suit, and the 22-year-old who likes the bit of edginess we have to our clothes." Known for its silk dresses with original prints and beaded accents, Muse will be pushing its Holiday collection. Expect its signature formula: long on style and short on complication.

**Booth: WS 16711, WWDMAGIC (North Hall)**



# CRITTER KINGDOM

Having a baby and starting a business are both daunting enough, but undertaking both simultaneously is indicative either of great courage or total lunacy. At the upcoming MAGIC kids, Steve Laifer and wife Serena Makofsky will debut **Bughouse**, a line of "colorful, funky and alternative" clothes for newborns up to 6T. The couple was expecting a girl but ended up having a boy (bad sonogram?), and quickly found few offerings for boys outside of sailor suits. "Everything was really boring," says Makofsky. Laifer is a cartoonist and began creating characters under the guidance of Makofsky, a teacher. The result is two gender-neutral lines: Fruit Salad and Kooky Critters. The former features bilingual text in Spanish and English, while the latter features fun graphics of critters in action. Made in the U.S. of 100 percent cotton, Bughouse garments are screenprinted in-house, making new designs a cinch to produce and turnaround ultra fast.

**Booth: K 22066, MAGIC kids (South Hall, First Level)**



# TEES FOR TOTS

**Binky Couture** is a new infants' and children's T-shirt line making its debut at August's MAGIC kids. The Phoenix-based line offers cotton T's, tanks and onesies adorned with

DALLAS/IN THE MARKETS

# Young at Heart

Muse from Maggy London expands the market for sexy, young styles, with a bit of stretch.

Muse, a new contemporary sportswear division of dress house Maggy London, is guided by the spirit of youth and the reality of aging.

With its short and sexy wrap skirts, body-conscious textured knit sweaters, slim pants, whimsical embroidery and charming novelty prints of monkeys and Chinese pagodas, the collection could easily be marketed to young fashion-minded women.

But the young-at-heart styles are constructed with a forgiving fit, and stretch is inherent throughout the collection.

In fact, women ages 28 to 60 are generating the bulk of business and are the label's primary focus.

The approach is paying off, according to the company.

"We keep beating plan," said Camille Passaro, president of Muse. "We've had to readjust our first-year sales projection several times, as more stores discover us and place orders."

She wouldn't divulge sales figures, but reliable industry sources claimed Muse could easily do $7 million in first-year business.

Muse is marketed to both department and specialty stores from its corporate base at 530 Seventh Avenue and in regional markets such as Los Angeles, Atlanta and Dallas, where it's shown at Brad Hughes & Associates in 4C30.

Muse's prolific design and merchandising team produces a staggering 60 styles per month to ensure that stores are shipped a fresh collection every 60 days.

"Muse has an edge, but it's not over the edge," said Passaro. The stores and the customers really understand our concept of



Burgundy, black and green cotton, rayon and silk patchwork short skirt and matching rayon and Lycra sleeveless top from MUSE at Brad Hughes.

designing wearable trends that fit. And they're really receptive to our price points."

The better-price line wholesales for fall from $64 for a matte jersey dress to $125 for a laser-cut suede long skirt.

Among Muse's signature styles are a long floral silk wrap skirt and reversible stretch top, which has been offered so far in 15 prints, and a bohemian fringed skirt that's been reinterpreted four times.

"Every time we have a best-selling style, we carry it forward and differentiate it for that particular season by color, fabric or embellishment," explained Passaro, a former executive at Kasper Dresses.

"It's easier to fit the American woman with two pieces, especially when you factor in stretch. We've done lots of sportswear looks with a novelty or unusual dimension, and embroidery and textured Missoni-inspired knits are very important in the collection."

Fall and holiday trends include softly colored suede skirts, matte jersey dresses, novelty floral and silk paisley-print separates and easy knit and lace tops.

"We're taking a casual approach to late fall and holiday. The end use is daytime, but the garments are just dressy enough to go into evening," said Passaro.

Some of the styles bear the Muse insignia, which is an embroidered image of young women in seasonal situations, e.g., sitting in a park or ice skating.

About 60 percent of the fall collection is made of silk, though suede is very important, too.

Muse is merchandised for department and specialty stores.

— Rusty Williamson



## Nativewear Designs

**ATLANTA/SYLVIA OVERCAST**
250 Spring St. #11S114
Atlanta, GA 30303
Tel 800.527.6615
FAX 404.527.6674

**DALLAS/MARTHA FOSTER GRP**
2300 Stemmons #1C28
Dallas, TX 75207
Tel 800.723.3250
FAX 214.631.7765

**CHICAGO/LEE ROSKI LTD.**
The Apparel Ctr #12-102
Chicago, IL 60654
Tel 312.923.1193
FAX 312.923.1195

**FLORIDA/CLOUDBURST, INC.**
3736 N.W. 136th Ave Road
Ocala, FL 34482
Tel 352.351.3630
FAX 352.351.4507

**LOS ANGELES/SAN FRANCISCO**
BETTY BOTTOM SHWRM
110 E. 9th St. #B1271
Los Angeles, CA 90079
Tel 800.445.7825
FAX 213.689.4716

**MID ATLANTIC/LORI CHASTANET**
100 Rosemary Way #132
Needham, MA 02494
Tel/Fax 781.444.5053

**NEW YORK/RAN STUDIO**
Richard Netkin
499 7th Ave. #1104 North
New York, NY 10018
Tel 212.268.4327
FAX 212.268.0458

**NATIVEWEAR DESIGNS**
5611 Palmer Way, Ste. G
Carlsbad, CA 92008
TEL: 800.729.8253
FAX 760.431.7532
e-mail: nativew@pacbell.net
web site: www.nativeweardesigns.com

# Atlanta

January 2000
Summer
A Supplement to WWD



**Small-Town Focus:
Memphis**

**Day Dresses
On the Rebound**

**Fashion:
Skirt Alert**

## Get Glowing

...a gol... season. This summer, bare ...tops ...w off sun-kissed shoulders.

Exhibit D

# KUDMAN TRACHTEN ALOE LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4400
NEW YORK, NY 10118
(212) 868-1010

TELECOPIER (212) 868-0013
www.kudmanlaw.com

PAUL H. ALOE†
STUART R. KUDMAN*
GARY TRACHTEN††

MICHELLE S. BABBITT*

THOMAS M. FURTH**

MATTHEW H. COHEN*
WILLIAM E. HAMMOND**
JOHN S.LEGO***
ALISA L. SILVERSTEIN*

*ADMITTED IN NY & NJ
**ADMITTED IN NY ONLY
***ADMITTED IN NY & CA
†ADMITTED IN NY, NJ & PA
††ADMITTED IN NY, NJ, CT & GA

December 19, 2007

**VIA OVERNIGHT COURIER**

Joe's Jeans, Inc.
5901 South Eastern Avenue
Commerce, CA 90040

> Re:  **MUSE Trademark**
> **Maggy London International, Ltd.**
> <u>**Our File No.: 2020.101**</u>

Gentlemen:

   This firm represents Maggy London International, Ltd. ("Maggy London"). Maggy London is the owner of valuable trademark rights in its mark MUSE. Our client has used the mark MUSE in commerce for women's clothing since at least as early as December 1999, and has built up valuable good will in its mark. Maggy London has registered its MUSE trademark and is the owner of U.S. Registration No. 2,589,023 and International Registration No. 0893819.

   It has come to our attention that Joe's Jeans, Inc. is selling women's jeans under the MUSE trademark. Your use of the identical mark for women's clothing is an infringement of our client's intellectual property rights. This use by you of the infringing mark is likely to cause confusion in the marketplace concerning the source or sponsorship of your goods.

   Maggy London hereby demands that you terminate all use of the mark MUSE or any variation thereof which is confusingly similar to Maggy London's MUSE trademark in connection with women's clothing. We require that you confirm such termination of use to this office immediately in writing. We also demand that you provide us with the date of first use by you of the MUSE mark, the number of units sold to date, and the dollar amount of sales of MUSE products.

KUDMAN TRACHTEN ALOE LLP
_____

Joe's Jeans, Inc.
December 19, 2007
Page 2


Please give this matter your immediate attention. Maggy London vigorously protects its intellectual property rights and it reserves its rights to seek any and all remedies available to it under applicable law. Such remedies may include, without limitation, an award of damages, injunctive relief and attorney's fees. With your prompt and complete cooperation, however, this matter may be susceptible to resolution. Please respond within 10 days of receipt hereof.


Yours truly,

Thomas M. Furth

From:    Origin ID: BICA   (212)868-1010
Thomas M. Furth, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue, Suite 4400

New York, NY 10118



FedEx
Express

CLS6906687/21/23

Ship Date: 19DEC07
ActWgt: 1 LB
System#: 2222096/INET7091
Account#: S *********

SHIP TO: (212)868-1010          BILL SENDER

**Joe's Jeans, Inc.**

**5901 S EASTERN AVE**

**COMMERCE, CA 900404003**

Delivery Address Bar Code



Ref #     Muse
Invoice #
PO #
Dept #



TRK#
0201   **7997 7171 0095**

**THU - 20DEC        A2**

**STANDARD OVERNIGHT**

**XH-JDYA**

**LAX**
CA-US
**90040**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Exhibit E



Eight Penn Center
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
215-279-9393
Fax: 215-279-9394
www.flastergreenberg.com

# CONFIRMATION

**JORDAN A. LaVINE**
Direct Dial:  (215) 279-9389
E-Mail:  jordan.lavine@flastergreenberg.com

January 3, 2008

Via Facsimile (212-868-0013) and First Class Mail                Without Prejudice

Thomas M. Furth
Kudman Trachten Aloe LLP
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, NY 10118

Re:  Maggy London International, Ltd./Joe's Jeans, Inc.
        Your File No. 2020.101
        Our Ref. No. I0129.5003

Dear Mr. Furth:

This is further to our letter of December 26, 2007.  We have now had a chance to study your allegations in more detail and discuss the matter with Joe's Jeans.

While you have not yet provided more detail concerning your client's product lines, as requested in our December 26 letter, our understanding is that your client's products sold under its alleged "Muse" trademark are limited to blouses and dresses.  Please correct our understanding if we are incorrect.

In contrast to your client's use of the alleged "Muse" trademark with dresses and blouses, Joe's Jeans has used its "Muse" trademark since at least as early as November 2004 to identify a particular "style" or "fit" of its premium jeans sold under its registered "Joe's" and "Joe's Jeans" trademarks.  Joe's Jeans' "Muse" style is one of ten such styles.  Joe's Jeans' "Muse" designation is never used as a standalone trademark or with products other than Joe's Jeans' premium jeans.

You allege in your December 19 letter that Joe's Jeans' use of the "Muse" style designation is likely to cause confusion with your client's alleged "Muse" trademark, but Joe's Jeans is unaware of any instances of actual confusion in the over three years that the marks have

Thomas M. Furth
January 3, 2008
Page 2

apparently coexisted.  We believe the nature of Joe's Jeans' use of the "Muse" mark and the differences between the types of apparel sold under the marks are the reasons that no instances of confusion have arisen.  For these same reasons, we do not believe any confusion is likely to occur in the future.

We additionally note that your client's rights in its alleged "Muse" mark are not as broad as alleged in your letter.  While your client's registration identifies items such as pants, jackets, shoes and hats, it does not appear that your client has ever actually used in commerce the alleged "Muse" mark with such products.

In sum, for all of the foregoing reasons, Joe's Jeans does not believe there is any likelihood of confusion between the respective "Muse" trademarks.  Nonetheless, Joe's Jeans is willing to consider entering into an agreement with your client that would perhaps provide some limitations on how the parties use their respective marks and hopefully address any concerns of your client.  Such an arrangement appears to make sense in this situation, as opposed to the parties spending time and money on litigation, the results of which would be unpredictable.

Please contact us at your convenience so that we can further discuss this matter.

Very truly yours,

Jordan A. LaVine

Cc:    Joe's Jeans, Inc.

Exhibit F

# KUDMAN TRACHTEN ALOE LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4400
NEW YORK, NY 10118
(212) 868-1010

TELECOPIER (212) 868-0013
www.kudmanlaw.com

PAUL H. ALOE†
STUART R. KUDMAN*
GARY TRACHTEN††

MICHELLE S. BABBITT*

THOMAS M. FURTH**

MATTHEW H. COHEN*
WILLIAM E. HAMMOND**
JOHN S.LEGO***
ALISA L. SILVERSTEIN*

*ADMITTED IN NY & NJ
**ADMITTED IN NY ONLY
***ADMITTED IN NY & CA
†ADMITTED IN NY, NJ & PA
††ADMITTED IN NY, NJ, CT & GA

January 29, 2008

**VIA E-Mail and FIRST CLASS MAIL**

Jordan A. LaVine, Esq.
Flaster Greenberg
Eight Penn Center
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103

> **Re:   Maggy London International, Inc./Joe's Jeans, Inc.**
> **MUSE Trademark Infringement**
> **Our File:  2020.101**

Dear Mr. LaVine:

This is in response to your letter of January 3, 2008. There are several factual errors in your letter that may have led you to misunderstand our client's position. We also reach different legal conclusions from the ones you have articulated.

Your understanding concerning Maggy London International, Ltd.'s ("Maggy London") product line is incorrect. Its products are not limited to blouses and dresses, but rather include pants, skirts, jackets, coats, sweaters, shirts, tops and scarves. All of these are sold bearing Maggy London's MUSE label.

While your client may intend that its use of the MUSE trademark designate a particular "style" or "fit" of its jeans, it cannot be argued that its use of MUSE is other than as a trademark for its products, albeit for a specific style of those products. The use of the "Joe's Jeans" and/or "Joe's" designations together with our client's MUSE trademark does not obviate the likelihood of confusion occasioned by your client's use of the identical mark on women's clothing.

# KUDMAN TRACHTEN ALOE LLP

Jordan A LaVine, Esq
January 29, 2008
Page 2

    As we are sure you are well aware, documented instances of actual confusion have never been held necessary to a finding of likelihood of confusion. It would remain to be seen whether actual confusion can be documented. In any event, we take issue with your conclusion that no confusion has occurred or is likely to occur in the future.

    If your client were to continue using the MUSE trademark on women's jeans, it would effectively co-opt Maggy London's clear right to expand its existing line of MUSE apparel products, which does include pants. As you must understand, this prospect is unacceptable to Maggy London.

    Your letter concluded by expressing the hope that an amicable resolution might be possible. If your client has a proposal that it believes would be useful, Maggy London will consider it. However, our client's patience is not limitless.

    I look forward to hearing from you shortly.

Yours truly,

Thomas M. Furth

Exhibit G

Case 1:08-cv-03248-RWS   Document 10-11   Filed 05/05/2008   Page 2 of 3

# NORDSTROM

Welcome to Nordstrom. Would you like to sign in?

your account | shopping bag: 0  items | customer service | live help | our stores

women     men     juniors     baby     shoes     handbags &     beauty &     at home     sale     designer
                           & kids              accessories     fragrance     & gifts              collections

search:  [                ]  Women's Apparel  [    ] GO     advanced search | brands     free shipping

## Search Results:
Your search for **muse in Women's Apparel** has produced 13 items.

**Narrow your search with the links below.**

Matching Items Sorted By:     What's New  |  **Bestsellers**  |  Price  |  Sale First

RSS | What is RSS?

Your search produced **13 items**.

**By category:**

Dress Shop [10]
Jeans Guide [3]
Pants [3]
Petite Sizes [1]
Sale [4]
Wedding Shop [1]
What's New [1]

**By color:**

Beige [1]
Black [1]
Blue [4]
Brown [1]
Grey [1]
Pink [1]

**By size:**

Regular XXS-XS (0-2) [9]
Regular S (4-6) [12]
Regular M (8-10) [11]
Regular L (12-14) [9]
Regular XL (16-18) [1]
Petite S (4-6) [1]
Petite M (8-10) [1]
Petite L (12-14) [1]

**By price:**

$50 - $100 [4]
$100 - $200 [9]

**By brand:**



**NEW!**
Muse Mesh
Babydoll Burnout
Circle Dress
$168.00



Muse Bateau
Neck Matte Jersey
Dress
$164.00



Muse V-Neck
Babydoll Dress
$176.00



Muse Swirl Trim
Ponte Knit Dress
$156.00



Muse Silk Trapeze
Dress
$178.00



Muse Print Bead
Babydoll Dress
$184.00



Muse Silk Floral
Dress
$178.00



Joe's Jeans 'Muse'
Stretch Jeans
(Slate)
$158.00



**New Markdown**
Joe's Jeans 'Muse'
High Waist
Stretch Jeans
Was: $174.00
**Now: $115.90**
33% OFF



Joe's Jeans
'Darted Muse
High Waist'
Stretch Jeans
Was: $183.00
**Now: $89.90**
50% OFF



Muse Silk
Charmeuse Dress
Was: $178.00
**Now: $52.90**



Muse Silk Floral
Dress
Was: $178.00
**Now: $88.90**



Muse Print Bead
Babydoll Dress
Was: $184.00
**Now: $72.90**

Joe's Jeans [3]
Muse [10]

**70% OFF**          **50% OFF**          **60% OFF**



RSS  |  What is RSS?

**Store Locations & Events** | Fashion Rewards | Get on Our E-mail List  Enter E-mail Address  SUBSCRIBE

FROM THE FLOOR BLOG

| | | |
|---|---|---|
| Check Order Status | Pay Bill Online | About Us |
| Returns & Exchanges | Apply for a Nordstrom Card | Careers |
| Shipping Methods & Charges | Shop Our Catalog | Investor Relations |
| Our Gift Cards | Nordstrom Rack | **Give Us Feedback** [+] |

© 2008 Nordstrom, Inc.          Contact Us or call 1-888-282-6060          Nordstrom Privacy - Your Privacy Rights

ARPY5790

PERRY

MUSE PERRY

**24**

27952 11360   8





**JOE'S**

**W 24**
MUSE

98% COTTON
2% ELASTAN
DRY CLEAN RECOMMENDED

CL#114M   RN#106214   CA#35037
MADE IN MEXICO / FABRIQUE AU MEXIQUE

Exhibit I





**CHELSEA CIGARETTE HONEY MUSE PROVOCATEUR ROCKER SOCIALITE TWIGGY**

[leggings]          [straight]          [curvy]          [high-waist]          [petite]          [flare]          [classic]          [tall]