UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE'S JEANS SUBSIDIARY, INC.

                 Plaintiff,

    -against-

MAGGY LONDON INTERNATIONAL, LTD.

                 Defendant.

**COURTESY COPY**

No. 08-cv-03248 (RWS)(MHD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John C. Re, a member in good standing of the bar of this Court, hereby moves for an order allowing the admission pro hac vice of:

    Jordan A. LaVine, Esquire
    FLASTER/GREENBERG P.C.
    1628 John F. Kennedy Boulevard
    Philadelphia, PA 19103
    (215) 279-9389 (Phone)
    (215) 279-9394 (Fax)

Jordan A. LaVine is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against him in any state or federal court.

Dated:    New York, New York
             April 24, 2008

So ordered.
Sweet
USDJ
5-6-08

Respectfully submitted,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

John C. Re
Attorney Bar No: JR-7239
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
(215) 755-6000 (Phone)