UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

JOE'S JEANS SUBSIDIARY, INC. et al.,

                    Plaintiffs,           08 Civ. 3248 (RWS)

    - against -               O R D E R

MAGGY LONDON INTERNATIONAL, LTD.,

                 Defendant.

----------------------------------------X

**Sweet, D.J.,**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

       Defendant's motion for a preliminary injunction will be heard at noon on Monday, June 2, 2008, in courtroom 18C.  All motion papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

**New York, NY**
**May 6 , 2008**

                            ROBERT W. SWEET
                                U.S.D.J.