John C. Re, Esq.
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
Attorney for Plaintiffs/Counterclaim Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE'S JEANS SUBSIDIARY, INC., and JOE'S JEANS, INC.,

 Plaintiffs and Counterclaim Defendants,

-against-

MAGGY LONDON INTERNATIONAL, LTD.

 Defendant and Counterclaim Plaintiffs.

No. 08-cv-03248

**NOTICE OF MOTION
FOR EXPEDITED DISCOVERY**

---

 PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion and the annexed declaration of Marc B. Crossman, plaintiffs Joe's Jeans Subsidiary, Inc., and Joe's Jeans, Inc., will move this Court before the Honorable Robert W. Sweet, United States District Judge, at Courtroom 18C, 500 Pearl Street, New York, New York 10007, at 12:00 p.m. on the 4th day of June, 2008, or as soon thereafter as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 26(d) for expedited discovery in this matter.

 PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(a) and Federal Rule of Civil Procedure 6, opposition papers to this motion are due no later than four (4) business days after the filing of this motion on the ECF system, with reply papers due one (1) business day after receipt of the opposition papers.

PLEASE TAKE FURTHER NOTICE that a proposed order for expedited discovery is annexed to this motion.

__/s/ John C. Re, Esq.__

Abbe F. Fletman, Esq.
Jordan A. LaVine, Esq.
FLASTER/GREENBERG P.C.
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103

and

John C. Re, Esq. (JR-7239)
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022

Attorneys for Plaintiffs/Counterclaim Defendants

Dated:     May 14, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE'S JEANS SUBSIDIARY, INC., and JOE'S JEANS, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> -against- <br><br> MAGGY LONDON INTERNATIONAL, LTD. <br><br> Defendant and Counterclaim Plaintiffs. | No. 08-cv-03248 <br><br> **ORDER FOR EXPEDITED DISCOVERY** |

Upon consideration of the motion for expedited discovery of plaintiffs/counterclaim defendants Joe's Jeans Subsidiary, Inc., and Joe's Jeans, Inc., the annexed declaration of Marc B. Crossman, the accompanying Memorandum of Law, and any opposition thereto,

IT IS on this ____ day of _____, 2008,

ORDERED that Plaintiffs' motion be and hereby is granted; and it is further

ORDERED that Plaintiffs may serve immediate discovery upon Defendant Maggy London International, Ltd., in connection with opposing Defendant's Motion for Preliminary Injunction.

Dated:                                          _____

                                                UNITED STATES DISTRICT JUDGE