UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

JOE'S JEANS SUBSIDIARY, INC. et al.,

        Plaintiffs,        08 Civ. 3248 (RWS)

  - against -                   O R D E R

MAGGY LONDON INTERNATIONAL, LTD.,

        Defendant.

----------------------------------------X

**Sweet, D.J.,**

        Plaintiff's Motion for Expedited Discovery will be heard at noon on Wednesday, May 28, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**May 20, 2008**

                                    ROBERT W. SWEET
                                       U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08