Thomas M. Furth (TF0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Attorneys for Defendant and Counterclaim-Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOE'S JEANS SUBSIDIARY, INC. and
JOE'S JEANS, INC.,

    Plaintiffs and Counterclaim-Defendants,

    -against-

MAGGY LONDON INTERNATIONAL, LTD.,

    Defendant and Counterclaim-Plaintiff.
-----------------------------------------------------------X

ECF Case
Case No.: 08 CV 03248 (RWS)

STIPULATION

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the above captioned parties that Defendant's Motion for A Preliminary Injunction be adjourned pending limited expedited discovery, said adjournment not to be construed against Defendant in the consideration of defenses against the counterclaim including laches, acquiescence and estoppel.

    **IT IS FURTHER STIPULATED THAT** the limited expedited discovery period shall commence on May 20, 2008 and extend through July 10, 2008, the parties to exchange documents and respond to interrogatories no later than June 6, 2008, to serve deposition notices by June 11, 2008 and to conclude depositions by July 10, 2008. In the

event that additional witnesses are identified during depositions taking place after June 11, 2008, the parties will cooperate to schedule the depositions of such additional witnesses prior to July 10, 2008.

**IT IS FURTHER STIPULATED THAT** Plaintiffs' papers in opposition to Defendant's motion shall be served and filed by July 17, 2008 and Defendant's reply papers shall be served and filed by July 24, 2008, with oral argument to be held on July 30, 2008 at noon.

**IT IS FURTHER STIPULATED THAT** upon approval by the Court of this Stipulation, Plaintiffs' Motion for Expedited Discovery is withdrawn as moot.

Dated: May 20, 2008
New York, New York

ARONAUER, RE & YUDELL, LLP
Attorneys for the Plaintiffs Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc.

By: _____
John C. Re (JR 7239)
444 Madison Avenue, 17th Floor
New York, New York 10022
(212) 755-6000

KUDMAN TRACHTEN ALOE, LLP
Attorneys for the Defendant Maggy London International, Inc.

By: _____
Thomas M. Furth (TF 0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
350 Fifth Avenue, Suite 4400
New York, NY 10118
(212) 868-1010

IT IS SO ORDERED:

_____  5-21-08
U.S.D.J.                  Date