

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE'S JEANS SUBSIDIARY, INC.

                Plaintiff,               No. 08-cv-03248 (RWS)(MHD)

-against-                  **ORDER FOR ADMISSION**
                                                      **PRO HAC VICE**
MAGGY LONDON INTERNATIONAL, LTD.      **ON WRITTEN MOTION**

                Defendant.

Upon the motion of John C. Re, Esquire, attorney for plaintiff Joe's Jeans Subsidiary, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that



        Abbe F. Fletman, Esquire
        FLASTER/GREENBERG P.C.
        1628 John F. Kennedy Boulevard
        Philadelphia, PA 19103
        (215) 279-9388 (Phone)
        (267) 299-6865 (Fax)

is admitted to practice *pro hac vice* as counsel for plaintiff Joe's Jeans Subsidiary, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

                                                              United States District Judge

Dated:                                                        5·28·08