Sweet/S.

John C. Re, Esq.
ARONAUER, RE & YUDELL, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022

Abbe F. Fletman, Esq.
Jordan A. LaVine, Esq.
FLASTER/GREENBERG P.C.
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103

Attorneys for plaintiffs Joe's Jeans, Inc.
and Joe's Jeans Subsidiary, Inc.



RECEIVED
JUL 2 3 2008
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE'S JEANS SUBSIDIARY, INC., and JOE'S JEANS, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> -against- <br><br> MAGGY LONDON INTERNATIONAL, LTD. <br><br> Defendant and Counterclaim Plaintiff. | No. 08-cv-03248 <br><br> STIPULATION |

   **IT IS HEREBY STIPULATED AND AGREED** by and between the above-captioned parties that the limited expedited discovery period shall extend through July 22, 2008.

   **IT IS FURTHER STIPULATED THAT** plaintiffs' papers in opposition to defendant's Motion for Preliminary Injunction shall be served and filed by August 5, 2008, and defendant's reply papers shall be served and filed by August 19, 2008, with oral argument and an evidentiary hearing to be held on September 10, 2008 at 10 a.m.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**IT IS FURTHER STIPULATED THAT** the above extensions of time are not to be construed against Defendant in the consideration of defenses against the counterclaim including laches, acquiescence and estoppel.

**Plaintiffs Joe's Jeans, Inc.
and Joe's Jeans Subsidiary, Inc.**

ARONAUER, RE & YUDELL, LLP

By: _____   Dated: July 17, 2008
   John C. Re (JR-7239)
444 Madison Avenue, 17th Floor
New York, NY 10022
215-755-6000

and

Abbe F. Fletman, Esq.
Jordan A. LaVine, Esq.
FLASTER/GREENBERG P.C.
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103
215-279-9393

**Defendant Maggy London
International, Ltd.**

KUDMAN, TRACHTEN, ALOE, LLP

By: _____   Dated: July 17, 2008
   Thomas M. Furth (TF-0785)
   Michelle S. Babbitt (MB-2497)
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, NY 10118
212-868-1010

IT IS SO ORDERED:

_____   Dated: 7/25/08
Hon. Robert W. Sweet, U.S.D.J.

Richard J. Holwell
        Part 1

2