## ARONAUER, RE & YUDELL, LLP

ATTORNEYS AT LAW

JOSEPH ARONAUER
JOHN C. RE
KENNETH S. YUDELL

MICHAEL S. SCHER
OF COUNSEL



444 MADISON AVENUE
NEW YORK, NY 10022
TELEPHONE 212-755-6000
FAX 212-755-6006
WEBSITE: WWW.ARYLLP.COM

E-MAIL: JRE@ARYLLP.COM

July 30, 2008

### VIA FACSIMILE ONLY

Hon. Robert W. Sweet
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

> Re: Joe's Jeans Subsidiary, Inc. v. Maggy London International Ltd.
> Case No. 08-cv-03248 (RWS)(MHD)
> Defendant's Motion for Preliminary Injunction

Dear Judge Sweet:

We are counsel of record for the Plaintiffs in the above-referenced action. In accordance the Stipulation of the parties "so ordered" on July 25, 2008, Plaintiffs' opposition to Defendant's motion for a preliminary injunction is due to be served and filed on August 5, 2008. In accordance with Your Honor's motion practices, we write to request permission to serve and file an opposition brief of 40 pages.

As a result of Defendant's motion, and with permission of the Court, the parties engaged in expedited discovery relating to the issues raised in and relevant to the pending injunction motion. Indeed, the parties exchanged documents, propounded and responded to interrogatories and conducted five (5) depositions. In this fact intensive opposition to the Defendant's motion, Plaintiffs need to exceed the 25 page limit contained in Your Honor's motion rules in order to adequately address and summarize the results of the expedited discovery.

Thank you for your consideration of the foregoing.

Very truly yours,

John C. Re

cc: Thomas Furth, Esq. (via facsimile)

SO ORDERED:

Hon. Robert W. Sweet, U.S.D.J.

Date

$8-4-08$

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08