08/04/2008 08:39 FAX 212 805 7925    JUDGE ROBERT W. SWEET    ☒002
07/30/2008    16:42    ARONAUER, RE & YUDELL → 9P12128057925    NO.676    P002

# ARONAUER, RE & YUDELL, LLP
### ATTORNEYS AT LAW

JOSEPH ARONAUER
JOHN C. RE
KENNETH S. YUDELL

MICHAEL S. SCHER
OF COUNSEL

444 MADISON AVENUE
NEW YORK, NY 10022
TELEPHONE 212-755-6000
FAX 212-755-6006
WEBSITE: WWW.ARYLLP.COM

E-MAIL: JRE@ARYLLP.COM

RECEIVED
JUL 3 0 2008
JUDGE SWEET CHAMBERS

July 30, 2008

**VIA FACSIMILE ONLY**

Hon. Robert W. Sweet
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/08

Re:   Joe's Jeans Subsidiary, Inc. v. Maggy London International Ltd.
      Case No. 08-cv-03248 (RWS)(MHD)
      <u>Defendant's Motion for Preliminary Injunction</u>

Dear Judge Sweet:

We are counsel of record for the Plaintiffs in the above-referenced action. In accordance the Stipulation of the parties "so ordered" on July 25, 2008, Plaintiffs' opposition to Defendant's motion for a preliminary injunction is due to be served and filed on August 5, 2008. In accordance with Your Honor's motion practices, we write to request permission to serve and file an opposition brief of 40 pages.

As a result of Defendant's motion, and with permission of the Court, the parties engaged in expedited discovery relating to the issues raised in and relevant to the pending injunction motion. Indeed, the parties exchanged documents, propounded and responded to interrogatories and conducted five (5) depositions. In this fact intensive opposition to the Defendant's motion, Plaintiffs need to exceed the 25 page limit contained in Your Honor's motion rules in order to adequately address and summarize the results of the expedited discovery.

Thank you for your consideration of the foregoing.

Very truly yours,

John C. Re

cc:   Thomas Furth, Esq. (via facsimile)

SO ORDERED:

_____          _8-4-08_
Hon. Robert W. Sweet, U.S.D.J.            Date