# ARONAUER, RE & YUDELL, LLP

ATTORNEYS AT LAW

JOSEPH ARONAUER
JOHN C. RE
KENNETH S. YUDELL

MICHAEL S. SCHER
DONNA A. TOBIN
OF COUNSEL

444 MADISON AVENUE
NEW YORK, NY 10022
TELEPHONE 212-755-6000
FAX 212-755-6006
WEBSITE WWW.ARYLLP.COM

E-MAIL: JRE@ARYLLP.COM

August 6, 2008

[Stamp: RECEIVED AUG 0 6 2008 JUDGE SWEET CHAMBERS]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/19/08]

**BY HAND**

Hon. Robert W. Sweet
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

    Re:  Joe's Jeans Subsidiary, Inc.
         v. Maggy London International Ltd.
         Case No. 08-cv-03248 (RWS)(MHD)
         Courtesy Copy of Opposition to Defendant's
         <u>Motion for Preliminary Injunction</u>

Dear Judge Sweet:

      We are counsel of record for the Plaintiffs in the above-referenced action. In accordance with Rule 2.B of your Individual Practices, enclosed please find courtesy copies of the following papers submitted in opposition to the Defendant's motion for a preliminary injunction:

      a.  Declaration of Alexis Arena executed on August 5, 2008 and the exhibits annexed thereo;

      b.  Declaration of Joe Dahan executed on August 5, 2008; and

      c.  Response of Plaintiffs Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc., in Opposition to Motion for Preliminary Injunction of Defendant Maggy London International, Ltd., and the exhibits annexed thereto.

      In accordance with the amended briefing schedule set forth in a Stipulation "so ordered" by the Court on July 25, 2008 and filed on July 29, 2008, the foregoing papers were served on Defendant's counsel on August 5, 2008 by personal delivery. However, since the papers contain materials marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" under the Stipulated Discovery Confidentiality Protective Order as So Ordered on July 16, 2008,

ARONAUER, RE & YUDELL, LLP

Hon. Robert W. Sweet                                         August 6, 2008
Page 2

the papers were not filed via ECF, but rather, per the Court's rules, were to be filed under seal in paper form in the Clerk's Office. Upon arrival in the Clerk's Office yesterday (August 5, 2008), we were advised that the papers could not be accepted since we had only copies of the signature pages for the Declaration, not original signature pages.

We received the original declarations this morning by overnight delivery and are filing the documents under seal today. We respectfully request that Your Honor so order this letter so as to allow the filing of the opposition papers on August 6, 2008 as opposed to August 5, 2008 as set forth in the schedule approved by the Court on July 25, 2008. I have spoken with Thomas Furth, Esq., counsel for Defendants. He has no objection to this request.

In addition, we are advised by the Clerk's Office that, due to physical space restrictions, exhibits to the papers may not be accepted for filing under seal in paper form. However, per Court rules, we are filing a CD with copies of all papers in PDF format. We assume that the documents, including the exhibits, as filed on CD are deemed filed for the purposes of the Court record.

Please do not hesitate to contact the undersigned if you have any questions regarding the foregoing.

Respectfully,

John C. Re

jcr
Enclosures
1110-003

cc: Thomas M. Furth, Esq.
    Kudman Trachten Aloe LLP
    (via email; w/o encls. previously served)

SO ORDERED:

_____    8.13.08
Hon. Robert W. Sweet, U.S.D.J.    Date