# KUDMAN TRACHTEN ALOE LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4400
NEW YORK, NY 10118
(212) 868-1010

TELECOPIER (212) 868-0013
www.kudmanlaw.com

PAUL H. ALOE†
STUART R. KUDMAN*
GARY TRACHTEN††
MICHELLE S. BABBITT*
THOMAS M. FURTH**
MATTHEW H. COHEN*
WILLIAM E. HAMMOND**
JOHN S. LEGO***
ALISA L. SILVERSTEIN*

*ADMITTED IN NY & NJ
**ADMITTED IN NY ONLY
***ADMITTED IN NY & CA
†ADMITTED IN NY, NJ & PA
††ADMITTED IN NY, NJ, CT & GA

August 14, 2008



RECEIVED AUG 14 2008 JUDGE SWEET CHAMBERS

VIA FAX 212 805-7925

Hon. Robert W. Sweet
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

Re: Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc. v. Maggy London
International, Ltd., Case No. 08 CV 3248

Dear Judge Sweet:

We represent the Defendant. Transmitted herewith is a copy of a Stipulation that we submitted by email today to the Orders and Judgments Clerk. The Stipulation extends the time for serving and filing Defendant's reply brief until August 26, 2008. It also provides Plaintiffs' consent to an application to the Court for submission of a reply brief of 20 pages. Defendant needs the expanded page limit to adequately address the issues raised during expedited discovery and to respond to Plaintiffs' 40 page opposition brief. As Your Honor will recall, the Court granted Plaintiffs' request to expand its page limit. We therefore request that the Court grant leave for Defendant to serve and file a 20 page reply brief.

We thank the Court for its attention to this matter.

Respectfully yours,

Thomas M. Furth

cc: (via fax) John C. Re, Esq. 212 755-6006
    Jordan A. LaVine, Esq. 215 279-9394

IT IS SO ORDERED:

_____          8/19/2008
U.S.D.J.                    Date

Paul A. Crotty
Part I

Thomas M. Furth (TF0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
Attorneys for Defendant and Counterclaim-Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOE'S JEANS SUBSIDIARY, INC. and
JOE'S JEANS, INC.,

    Plaintiffs and Counterclaim-Defendants,

  -against-

MAGGY LONDON INTERNATIONAL, LTD.,

    Defendant and Counterclaim-Plaintiff.
-------------------------------------------------------X

ECF Case
Case No.: 08 CV 03248 (RWS)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the above captioned parties that the time for Defendant to serve its Reply to Plaintiffs' Response in Opposition to Defendant's Motion for Preliminary Injunction be extended by one week from the presently scheduled due date of August 19, 2008 until August 26, 2008.

**IT IS FURTHER STIPULATED THAT** Plaintiffs consent to Defendant making an application to the Court for permission to serve and file a reply brief of twenty pages.

Dated: August 11, 2008
New York, New York

| ARONAUER, RE & YUDELL, LLP | KUDMAN TRACHTEN ALOE LLP |
| Attorneys for the Plaintiffs Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc. | Attorneys for the Defendant Maggy London International, Inc. |

By: _____
John C. Re (JR-7239)
444 Madison Avenue, 17th Floor
New York, New York 10022
(212) 755-6000

By: _____
Thomas M. Furth (TF 0785)
Michelle S. Babbitt (MB 2497)
Matthew H. Cohen (MC 6513)
350 Fifth Avenue, Suite 4400
New York, NY 10118
(212) 868-1010

IT IS SO ORDERED:

_____     _____
U.S.D.J.                    Date