# KUDMAN TRACHTEN ALOE LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4400
NEW YORK, NY 10118
(212) 868-1010

TELECOPIER (212) 868-0013
www.kudmanlaw.com

PAUL H. ALOE†
STUART R. KUDMAN*
GARY TRACHTEN††
MICHELLE S. BABBITT*
THOMAS M. FURTH**
MATTHEW H. COHEN*
WILLIAM E. HAMMOND**
JOHN S. LEGO***
ALISA L. SILVERSTEIN*

*ADMITTED IN NY & NJ
**ADMITTED IN NY ONLY
***ADMITTED IN NY & CA
†ADMITTED IN NY, NJ & PA
††ADMITTED IN NY, NJ, CT & GA

August 21, 2008

**RECEIVED AUG 21 2008 JUDGE SWEET CHAMBERS**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08**

VIA FAX 212 805-7925

Hon. Robert W. Sweet
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

   Re: Joe's Jeans Subsidiary, Inc. and Joe's Jeans, Inc. v. Maggy London
     International, Ltd., Case No. 08 CV 3248

Dear Judge Sweet:

  We represent the Defendant. We are pleased to report that settlement discussions have been fruitful. The parties expect to be able to finalize a settlement and submit a Stipulation of Dismissal reasonably quickly.

  The parties therefore jointly request that the dates for Defendant's reply brief and the hearing on Defendant's motion for a preliminary injunction be adjourned indefinitely subject to re-instatement upon the request of either party if the settlement is not finalized.

  We thank the Court for its attention to this matter.

                Respectfully yours,

                Thomas M. Furth

cc: (via fax) John C. Re, Esq. 212 755-6006
       Abbe F. Fletman, Esq. 267-299-6865

IT IS SO ORDERED:

_____  8-28-08
U.S.D.J.          Date